IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| vs. | : | |
| | : | |
| MIGUEL ORTIZ, | : | NO. 11-251-08 |
| a/k/a "Miguelito," | : | |

**O R D E R**

**AND NOW**, this 20th day of July, 2012, upon consideration of Defendant Miguel Ortiz's Motion to Suppress Evidence, part of Defendant Miguel Ortiz's Omnibus Pre-trial Motions (Document no. 266, filed May 11, 2012), and the Government's Consolidated Response and Memorandum of Law in Opposition to Defendant Miguel Ortiz's Omnibus Pre-trial Motions (Document no. 277, filed June 1, 2012), following a Hearing and Oral Argument on June 21, 2012, and June 22, 2012, for the reasons set forth in the Memorandum dated July 20, 2012, **IT IS ORDERED** that Defendant Miguel Ortiz's Motion to Suppress Evidence, part of Defendant Miguel Ortiz's Omnibus Pre-trial Motions (Document no. 266, filed May 11, 2012), is **GRANTED**.

The Court having ruled by Orders dated June 22, 2012, and July 19, 2012 on all of the issues raised by Defendant Miguel Ortiz's Omnibus Pre-trial Motions (Document no. 266, filed May 11, 2012), defendant Miguel Ortiz's Amended Omnibus Pretrial Motions (Document No. 285, filed June 8, 2012), and defendant Miguel Ortiz's Second Amended Omnibus Pretrial Motions (Document No. 287, filed June 13, 2012), excepting only defendant Miguel Ortiz's Motion to Preclude Testimony (agents' testimony on what was depicted on the lost video tape), **IT IS FURTHER ORDERED** that Defendant Miguel Ortiz's Omnibus Pre-trial Motions

(Document no. 266, filed May 11, 2012), defendant Miguel Ortiz's Amended Omnibus Pretrial Motions (Document No. 285, filed June 8, 2012), and defendant Miguel Ortiz's Second Amended Omnibus Pretrial Motions (Document No. 287, filed June 13, 2012) are **DENIED IN ALL OTHER RESPECTS**, excepting only defendant Miguel Ortiz's Motion to Preclude Testimony (agents' testimony on what was depicted on the lost video tape), on which the Court will rule in due course.

                                          **BY THE COURT:**

                                            /s/ **Hon. Jan E. DuBois**
                                               **JAN E. DUBOIS, J.**