IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| MIGUEL ORTIZ, also known as "MIGUELITO," "Miguel ORTIZ ROSADO," "MIGUEL ROSADO ORTIZ," "MIGUELINE," and "TONTO" | NO. 11-251-08 |

### O R D E R

**AND NOW**, this 3rd day of July, 2018, upon consideration of defendant Miguel Ortiz's *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 635, filed October 2, 2017), the Government's Response to Defendant's Motion Under 28 U.S.C. Section 2255 to Vacate, Set Aside or Correct Sentence (Document No. 640, filed January 25, 2018) and defendant's Reply to the Government's Response Under Section 28 U.S.C. § 2255 Proceeding [*sic*] (Document No. 644, filed May 23, 2018), for the reasons stated in the accompanying Memorandum dated July 3, 2018, **IT IS ORDERED** that defendant's Motion Under 28 U.S.C. § 2255 is **DENIED** and **DISMISSED**.

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right or the propriety of this Court's procedural rulings with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.