# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **MIGUEL ORTIZ**, also known as "**MIGUELITO**," "**Miguel ORTIZ ROSADO**," "**MIGUEL ROSADO ORTIZ**," "**MIGUELINE**," and "**TONTO**" | **NO. 11-251-08** |

## O R D E R

**AND NOW**, this 20th day of August, 2018, upon consideration of defendant Miguel Ortiz's *pro se* Motion for Reconsideration Pursuant to Fed. R. Civ. P. 59(e) (Document No. 647, filed July 30, 2018), for the reasons stated in the accompanying Memorandum dated August 20, 2018, **IT IS ORDERED** that defendant's Motion for Reconsideration is **DENIED.**

**IT IS FURTHER ORDERED** that a certificate of appealability will not issue because reasonable jurists would not debate whether the petition states a valid claim of the denial of a constitutional right or the propriety of this Court's procedural rulings with respect to petitioner's claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.