IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL ACTION** |
| v. | |
| **MIGUEL ORTIZ, also known as** "**MIGUELITO**," "**Miguel ORTIZ ROSADO**," "**MIGUEL ROSADO ORTIZ**," "**MIGUELINE**," and "**TONTO**" | **NO. 11-251-08** |

**O R D E R**

**AND NOW**, this 16th day of February, 2021, upon consideration of Defendant's Letter Dated December 20, 2020 (Document No. 736, filed December 30, 2020), Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 741, filed January 8, 2021), and Government's Response in Opposition to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Document No. 744, filed January 11, 2021), for the reasons stated in the Memorandum dated February 16, 2021, **IT IS ORDERED** as follows:

1. Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) is **DENIED.**

2. To the extent Defendant's Letter Dated December 20, 2020 seeks compassionate release, that request is **DENIED AS MOOT**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.